**Order entered March 14, 2022**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-22-00168-CR**
**No. 05-22-00169-CR**

**LEE ROY CHANY, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 203rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F20-39327-P & F2039331-P**

**ORDER**

We **REINSTATE** these appeals.

We abated for the appointment of counsel. On March 8, 2022, a copy of the appointment was filed. We **DIRECT** the Clerk to list Allan Fishburn as counsel for appellant. All future correspondence shall be sent to Mr. Fishburn at the address on file with the Court.

The clerk's and reporter's records are due by April 11, 2022.

We **DIRECT** the Clerk to send copies of this order to the Honorable Raquel Jones, Presiding Judge, 203rd Judicial District Court; to Felicia Pitre, Dallas County District Clerk; to Crystal Brown, official court reporter, 203rd Judicial District Court; to Allan Fishburn; and to the Dallas County District Attorney's Office, Appellate Division.

/s/ ERIN A. NOWELL
   JUSTICE